J. SAXTON SMITH, Appellant, v. PEASE & ELLIMAN, INC., and Others, Respondents.— Order entered June 25, 1941, granting defendants' motion to dismiss the amended complaint, unanimously affirmed, with twenty dollars costs and

disbursements. Appeal from order entered September 4, 1941, denying motion for reargument, unanimously dismissed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.